IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                Chapter 13

Maria Koos                                                          No.   09-41627

          Debtor                                         Hon.  Eugene R. Wedoff

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on July 1, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                                  _____/s/ Ross T. Brand_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Elizabeth Placek and Marilyn O. Marshall on July 1, 2015.

                                                                  _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Maria Koos
6124 S. Austin
Chicago, IL 60638

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Elizabeth Placek
Robert J. Semrad & Associates, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603